UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:

NIRMAL S. BAL.                                    Case No. 09-77207-reg

    Debtor.
-------------------------------------------------------X     Chapter 7
HARISH SETHI

                Plaintiff,               Adversary Pro. No. 09-8600-reg
-against-

NIRMAL S. BAL                                     **ANSWER**


                Defendant.
-------------------------------------------------------X

    Defendant NIRMAL S. BAL, by his attorneys, LESTER & ASSOCIATES, P.C., P.C. hereby answers the complaint of Plaintiff HARISH SETHI, as follows:

    1.    Defendant denies knowledge or information sufficient to form a belief as to the allegation contained in paragraph numbered 1 of the Plaintiff's Complaint.

    2.    Defendant denies the allegations contained in paragraphs numbered 2 (to the extent Plaintiff's claim was listed as disputed), 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, and 33 of the Plaintiff's Complaint.

**FIRST AFFIRMATIVE DEFENSE**

    3.    Plaintiff has failed to state a cause of action upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

4. Plaintiff's complaint is defective in that it fails to identify specific Bankruptcy Code provisions designating independent grounds for discharge denial and the underlying facts which would support such grounds.

### THIRD AFFIRMATIVE DEFENSE

5. Plaintiff has failed to plead fraud with the required particularity.

### FOURTH AFFIRMATIVE DEFENSE

6. Plaintiff lacks standing to bring this action.

### FIFTH AFFIRMATIVE DEFENSE

7. This action is barred by the doctrine of unclean hands.

WHEREFORE, Defendant hereby requests that Plaintiff's Complaint be dismissed in its entirety.

Dated: Garden City, New York
January 19, 2010

LESTER & ASSOCIATES, P.C.
Attorneys for Debtor/Defendant

s/Roy J. Lester

By: Roy J. Lester, Esq.
600 Old Country Rd., Suite 229
Garden City, New York 11530
(516) 357-9191

To:

Harish Sethi
2 Village Drive
Jericho, New York 11753

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:

NIRMAL S. BAL.  Case No. 09-77207-reg

      Debtor.
-----------------------------------------------------X  Chapter 7
HARISH SETHI

             Plaintiff,  Adversary Pro. No. 09-8600-reg

-against-

NIRMAL S. BAL

             Defendant.
-----------------------------------------------------X

    I, Nirmal Bal, swears under the penalty of perjury the following:

    1.    That I am the debtor in the above captioned action and as such am fully familiar with the facts and circumstances therein.

    2.    That after I filed bankruptcy, Mr. Harish Sethi came to me demanding the money I owed him. He informed me that if I did not pay him, he would *"see me in jail"*.

    3.    That this entire action is Mr. Sethi trying to make good his threat in order to collect a debt that I listed in my bankruptcy petition which Mr. Sethi is fully aware of.

    WHEREFORE, I respectfully request that this action be dismissed in its entirety.

                                        s/ Nirmal S. Bal

Dated: January 19, 2010
       Garden City, New York               NIRMAL S. BAL

Sworn to before me this
19th day of January, 2010

s/ Roy J. Lester

Notary
          ROY J. LESTER
    Notary Public, State Of New York
           No.30-4841129
      Qualified In Nassau County
  Commission Expires September 30, 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
In Re:

NIRMAL S. BAL.                                  Case No. 09-77207-reg

    Debtor.
----------------------------------------------------X    Chapter 7
HARISH SETHI

               Plaintiff,          Adversary Pro. No. 09-8600-reg

-against-

NIRMAL S. BAL

               Defendant.
----------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
      ) SS.:
COUNTY OF NASSAU )

    I, REGINA MONGELLI, being duly sworn, depose and say:

    1.    That I am not a party to the action, and I am over eighteen years of age and reside in Mineola, New York.

    2.    That on the 19th day of January, 2010, I served a copy of an ANSWER TO ADVERSARY by depositing a true copy thereof in an official depository of the United States Postal Service contained in a securely closed post-paid envelope directed to the following person by First Class Mail at the address designated below which is the last known address of the addressee and enclosed in an envelope containing name and return address of the party effecting service to:

Marc A. Pergament, Esq.                                    Office of the United States Trustee
Weinberg, Gross & Pergament, LLP                LI Federal Courthouse
400 Garden City Plaza, Suite 403                      560 Federal Plaza, Room 563
Garden City, New York 11530                          Central Islip, NY 11722-4456

Harish Sethi, Plaintiff
2 Village Drive
Jericho, New York 11753

                                                          s/ Regina Mongelli
                                                          REGINA MONGELLI

Sworn to before me this    Roy J. Lester
19th day of January, 2010  Notary Public, State of New York
                                 No. 30-4841129
s/Roy J. Lester                    Qualified in Nassau County
                                 Commission Expires September 30, 2013
NOTARY PUBLIC

Adversary Pro. No. 09-8600-reg

| UNITED STATES BANKRUPTCY COURT | Case No. 809-77207-REG |
| EASTERN DISTRICT OF NEW YORK | Chapter 7 |

In Re:

NIRMAL S. BAL.  Case No. 809-77207-REG

    Debtor.

------------------------------------------------X

HARISH SETHI

            Plaintiff,          Adversary Pro. No. 09-8600-REG

-against-

NIRMAL S. BAL

           Defendant.

## ANSWER

**LESTER & ASSOCIATES, P.C.**
Attorney(s) for Debtor/Defendant
**600 OLD COUNTRY ROAD
SUITE 229
GARDEN CITY, NY 11530
(516) 357-9191**

To
Attorney(s) for

Service of a copy of the within
                  is hereby
admitted.
Dated,

Attorney(s) for

_____